**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARCO LAHORE, et al.,

        Plaintiffs,

   v.

SCME MORTGAGE BANKERS, INC.,
et al.,

        Defendants.

_____/

**No. C 09-4776  RS**

**ORDER SETTING
CONSENT/DECLINATION
DEADLINE**

    Defendants have filed a motion seeking dismissal and other relief (Dkt. No. 4) in the above-captioned matter.  This motion is noticed for hearing on December 9, 2009, at 9:30 a.m.  In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than October 30, 2009.

IT IS SO ORDERED.

Dated: October 14, 2009

                          RICHARD SEEBORG
                          UNITED STATES MAGISTRATE JUDGE