*E-Filed 10/14/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARCO LAHORE, et al.,

        Plaintiffs,

  v.

SCME MORTGAGE BANKERS, INC., et al.,

        Defendants.

_____/

**No. C 09-4776  RS**

**ORDER SETTING CONSENT/DECLINATION DEADLINE**

Defendants have filed a motion seeking dismissal and other relief (Dkt. No. 4) in the above-captioned matter.  This motion is noticed for hearing on December 9, 2009, at 9:30 a.m.  In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than October 30, 2009.

IT IS SO ORDERED.

Dated: October 14, 2009

                                      RICHARD SEEBORG
                                      UNITED STATES MAGISTRATE JUDGE

1