IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Marco Lahore, et al., | NO. C 09-04776 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SCME Mortgage Banlers, Inc., et al., | |
| Defendants. | |

Pursuant to the Court's February 25, 2010 Order Granting in part Defendants' Motions to Dismiss; Denying Plaintiffs' Motion to Consolidate; Declining Supplement Jurisdiction Over Stae Law Claims and Remanding Action to State Court, judgment is entered in favor of DefendantS SCME Mortgage Bankers, Inc., Aurora Loan Services LLC, Cal-Western Reconveyance Corp., UVC Financial, and Laura Santamaria, against Plaintiffs Marco Lahore and Miriam Maldonaldo as to the following federal claims:  (1) Violation of the Truth in Lending Act, 15 U.S.C. §§ 1601, *et seq.*; (2) Violation of the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601, *et seq.*; (3) Violation of Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*; and (4) Violation of the Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. § 1961, *et seq.*

Each party shall bear their own fees and costs.  The Clerk shall close this file.

Dated: February 25, 2010

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  David S. Hoffman dshoffmanesq@aol.com
Donald Michael Scotten donald.scotten@akerman.com
3  Justin D. Balser justin.balser@akerman.com
Michael Patrick Rooney mike@mikerooneylaw.com

4

5
**Dated: February 25, 2010**                              **Richard W. Wieking, Clerk**
6

7                                                          **By:    /s/ JW Chambers
        Elizabeth Garcia**
8                                                                **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28